# Court of Appeals
# of the State of Georgia

ATLANTA,    April 19, 2013    

*The Court of Appeals hereby passes the following order:*

**A13A1493.  WILLIAM J. ARMSTRONG v. EDWARD D. JONES & CO., L. P. et al.**

The trial court entered an order denying defendant William J. Armstrong's motions to compel and for attorney fees and dismissing his counterclaims.  Armstrong filed a motion for reconsideration, which the trial court denied.  Armstrong then appealed directly to this Court.  We, however, lack jurisdiction.

Neither order that Armstrong wishes to appeal was a final, directly appealable judgment.  "In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment."  (Punctuation omitted.) *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989); see also *Yates v. CACV of Colorado*, 295 Ga. App. 69 (670 SE2d 884) (2008).  The order denying Armstrong's motions to compel and for attorney fees and dismissing his counterclaims was not a final judgment because it did not resolve all issues in the case.  Accordingly, to appeal that order, Armstrong was required to comply with the interlocutory appeal procedure of OCGA § 5-6-34 (b).  See *Johnson*, supra.  The denial of Armstrong's motion for reconsideration was likewise a non-final order that could be appealed only through compliance with the interlocutory appeal procedure.  See *Mayor & Alderman of City of Savannah v. Norman J. Bass Constr. Co.*, 264 Ga. 16, 17 (1) (441 SE2d 63) (1994).

Because Armstrong failed to comply with the interlocutory appeal procedure, this premature direct appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/19/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*